Julianne O'Bannon Germinder, Asst. Atty. Gen., Jefferson City, MO, for appellees.

Before MELLOY, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Eugene Jones–El appeals from the district court's[1] interlocutory orders (1) dismissing one claim prior to service of process for failure to state a claim; and (2) denying without prejudice Jones–El's motion for appointment of counsel. The order dismissing one claim does not constitute a final, appealable order, however, because another claim remains pending, the court did not certify that there was no just reason for delay, and the order does not fall within the "collateral order" exception to the final-judgment rule. *See* Fed. R.Civ.P. 54(b); *Digital Equip. Corp. v. Desktop Direct, Inc.,* 511 U.S. 863, 867–68, 114 S.Ct. 1992, 128 L.Ed.2d 842 (1994) (collateral-order doctrine). Accordingly we lack jurisdiction over that portion of the appeal.

We have jurisdiction to review the order denying appointment of counsel, *see Slaughter v. City of Maplewood,* 731 F.2d 587, 588 (8th Cir.1984), and finding no abuse of discretion, we affirm, *see* 8th Cir. R. 47A(a). However, we direct the district court to give a more detailed explanation of its reasoning in any future orders denying appointment of counsel. *See Nelson v. Shuffman,* 476 F.3d 635, 636 (8th Cir.2007) (per curiam) (affirming order denying appointment of counsel, but directing court to state reasoning in any future orders).[2]

UNITED STATES of America, Appellee,

v.

Jennifer Lynnette FURLONG, Appellant.

No. 10–1945.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 1, 2010.

Filed: Sept. 3, 2010.

---

Troy K. Stabenow, Asst. Fed. Public Defender, Jefferson City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Jim Y. Lynn, Asst. U.S. Atty., Jefferson City, MO, for appellee.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Jennifer Furlong challenges the 39-month sentence the district court[1] imposed after she pleaded guilty to three counts of access-device fraud, in violation of 18 U.S.C. § 1029(a)(2), and three counts of identity theft, in violation of 18 U.S.C. § 1028A. Her counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the reasonableness of the sentence.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Haack*, 403 F.3d 997, 1004 (8th Cir.2005) (describing abuse of discretion).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.